IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARIA WILSON                                                    PLAINTIFF

VS.                                        CAUSE NO. 5:22-cv-62-DCB-LGI

KEMPER CORPORATE SERVICES, INC.,
UNION NATIONAL FIRE INSURANCE COMPANY,
ROBIN WILSON, ANGELA WASHINGTON,
JOHN DOE ENTITIES 1-5 AND JOHN DOES PERSONS 1-5        DEFENDANTS

## ORDER

BEFORE THE COURT is Plaintiff Maria Wilson's ("Plaintiff") Motion to Stay Arbitration Proceedings Pending Appeal ("Motion"). [ECF No. 47]. Having received the Fifth Circuit's judgment dismissing Plaintiff's appeal, the Court will now DENY this Motion as moot.

ACCORDINGLY,

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay Arbitration Proceedings Pending Appeal [ECF No. 47] is DENIED.

SO ORDERED, this 12th day of June, 2023.

/s/ David Bramlette
DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE