IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARIA WILSON                                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 5:22-cv-62-DCB-LGI

KEMPER CORPORATE SERVICES, INC., et al.                         DEFENDANTS

<u>AMENDED FINAL JUDGMENT</u>

THIS MATTER comes before the Court, <u>sua sponte</u>, to amend the Final Judgment [ECF No. 83] pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. The Court entered the Memorandum Opinion and Order [ECF No. 82] and Final Judgment [ECF No. 83] on January 25, 2024. It subsequently came to the Court's attention that the Memorandum Opinion and Order was entered in error whereby the Memorandum Opinion and Order granted the "Plaintiff's Motion to Confirm" and denied the "Defendant's Motion to Vacate." [ECF No. 82] at 11. Instead, the Memorandum Opinion and Order should read as follows: "IT IS THEREFORE ORDERED that Defendant's Motion to Confirm [ECF No. 61] is GRANTED and that Plaintiff's Motion to Vacate [ECF No. 66] is DENIED." Rule 60(a) permits the court, on its own motion, to "correct . . . a mistake arising from oversight . . . whenever one is found in a judgment." Fed. R. Civ. P. 60(a). The Court, having found that the judgment must be amended in order to correct the mistake arising from oversight;

Accordingly,

1

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED, this 26th day of January, 2024.

                                                /s/ David Bramlette
                                                DAVID C. BRAMLETTE III
                                                UNITED STATES DISTRICT JUDGE