```
             IN THE UNITED STATES DISTRICT COURT
           OF THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

MARIA WILSON                                              PLAINTIFF

VS.                          Civil Action No.: 5:22-cv-62-DCB-LGI

KEMPER CORPORATE SERVICES, INC., et al.                  DEFENDANTS

                    ORDER REMANDING THE CASE

   In accordance with the mandate from the United States Court of Appeals for the Fifth Circuit, No. 24-60090 [Docket No. 112],

   IT IS HEREBY ORDERED that this matter is REMANDED to the Circuit Court of Claiborne County, Mississippi.

   SO ORDERED, this 7th day of May, 2025.

                                    /s/ David Bramlette
                                    DAVID C. BRAMLETTE III
                                    UNITED STATES DISTRICT JUDGE